# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

RONALD JAMES IRVIN

NO. 2021 KW 1306

OCTOBER 28, 2021

---

In Re:     Ronald James Irvin, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 20-00894.

---

BEFORE:     WHIPPLE, C.J., PENZATO AND HESTER, JJ.

   WRIT DENIED.

                              VGW
                              AHP
                              CHH

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
     FOR THE COURT